UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| BUSTER WHITNEY,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>MARTIN A. MANGAN, D.O.;<br>COMMUNITY CARE POCATELLO,<br>PLLC, an Idaho limited liability company;<br>COMMUNITY CARE, PLLC, an Idaho<br>limited liability company; and EASTERN<br>IDAHO HEALTHCARE SYSTEMS,<br>PLLC, an Idaho limited liability company,<br><br>　　　　　　Defendants. | Case No. 4:14-cv-00142-REB<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

　　　Pending before the Court is the parties' Stipulation (Dkt. 33) for dismissal of all claims made against Defendants Martin A. Mangan, D.O., and Community Care Pocatello, PLLC.[1]  Good causing appearing therefore, IT IS HEREBY ORDERED that these claims are DISMISSED, with prejudice, each party to bear his or its own costs and attorney fees.  This case is now CLOSED.

DATED:  **March 23, 2015.**

_____
Honorable Ronald E. Bush
U. S. Magistrate Judge

---

　　[1] The claims against the other two defendants were dismissed in August of 2014.  (Dkts. 25 & 26).

**ORDER OF DISMISSAL WITH PREJUDICE - 1**